**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| TROY DARNELL FLEMING AND DOROTHY LEE DOUGLASS, Individually and as Next Friend of TROY DARNELL FLEMING<br><br>      Plaintiffs,<br><br>v.<br><br>MEMPHIS 2192 TN LLC d/b/a MEMPHIS TOWERS APARTMENTS and MILLENNIA HOUSING MANAGEMENT, LTD.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)      Case No. 2:18-cv-02514-JPM-tmp<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER TO SUBSTITUTE PARTY**

Before the Court is the Joint Motion to Substitute filed on November 6, 2018.  (ECF No. 24.)  The parties request that the Court substitute Millennia Housing Management, Ltd. for Defendant Millennia Housing Development, Ltd. a/k/a Millennia Housing Management, LLC and thereafter change the caption to this case.  (Id.)  The Motion is well-taken and GRANTED.

**IT IS SO ORDERED**, this 7th day of November, 2018.

  /s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE