**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| TROY DARNELL FLEMING AND ) DOROTHY LEE DOUGLASS, ) Individually and as Next Friend of ) TROY DARNELL FLEMING ) ) Plaintiffs, ) ) v. ) ) MEMPHIS 2192 TN LLC d/b/a ) MEMPHIS TOWERS APARTMENTS ) and MILLENNIA HOUSING ) MANAGEMENT, LTD., ) ) Defendants. ) ) ) | Case No. 2:18-cv-02514-JPM-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiffs' Motion for Voluntary Dismissal Without Prejudice, filed on January 9, 2019 (ECF No. 31), and the Court having entered an Order of Dismissal (ECF No.32),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

**APPROVED:**

 /s/ Jon McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

 1/14/19
Date